## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | **SEALING ORDER** |
| v. | |
| PARRISH BROOKINS | Mag. No. 21-11377 |

This matter having come before the Court upon the application of the United States of America, by Rachael A. Honig, Acting United States Attorney (Mark J. McCarren, Assistant United States Attorney, appearing) for an order sealing the Complaint and related papers in this matter, and for good cause shown,

IT IS on this 1st day of December, 2021

ORDERED that the Complaint in this matter and all related papers, with the exception of the arrest warrant and copies thereof, be filed under seal, and they are hereby sealed until service of the arrest warrant and Complaint or until further order of this Court.

_____
HONORABLE ANDRE M. ESPINOSA
UNITED STATES MAGISTRATE JUDGE